UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **21-1787**

Case Title: **Timothy King, et al.** vs. **Gretchen Whitmer et al.**

List all clients you represent in this appeal:

**Emily Newman**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Timothy E. Galligan**     Signature: s/ **Timothy E. Galligan**

Firm Name: **Timothy E. Galligan PLLC**

Business Address: **39 S. Main Street Suite 24**

City/State/Zip: **Clarkston, MI 48346**

Telephone Number (Area Code): **(248) 241-6179**

Email Address: **galligan@galliganpllc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.