# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **211787**     Case Manager: **C. Anthony Milton**

Case Name: **Timothy King, et al. v Gretchen Whitmer, et al.**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☑ Yes   ☐ No
If yes, state:
    Case Name: **King et al v Whitmer et al.**   Citation: **20-2205.**
    Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This is an appeal taken against the Defendants and Intervening Defendants in this action including Gretchen Whitmer, Jocelyn Benson, and the City of Detroit. The issues relate to the motions filed by the Defendants for sanctions pursuant to Fed. R. Civ. P. 11, 18 U.S.C. 1927, and the court's inherent authority. The court granted those motions and also awarded sanctions on its own authority against the Plaintiffs' attorneys, including Emily Newman. Ms. Newman is appealing those rulings and orders.

This is to certify that a copy of this statement was served on opposing counsel of record this **17** day of **December**, **2021**.

/s/Timothy E. Galligan
Name of Counsel for Appellant