UNITED STATES COURT OF APPEALS

SIXTH CIRCUIT

TIMOTHY KING, et al.

    Plaintiffs,

and

EMILY NEWMAN                      Case No. 21-1787

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,

    Defendants - Appellees

_____

## INTERESTED PARTY-APPELLANT EMILY NEWMAN'S MOTION FOR 14 DAY EXTENSION OF TIME TO FILE BRIEF

Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Brief on Appeal as Appellant in this matter such that the due date that is currently in place of February 7, 2022 will be extended to February 21, 2022.

1.    Appellant timely filed her Notice of Appeal on December 6, 2021. Subsequently, she has timely satisfied all filing requirements in this Court.

2.    The briefing schedule set by this Court requires that Appellant's brief be filed by February 7, 2022.  See Dkt. No. 12.

3.     This appeal involves an appeal of 110 page ruling by the trial court imposing monetary and other sanctions and a subsequent 27 page ruling setting the amount of the monetary sanctions.  The undersigned was not involved in the hearing in the trial court on the sanctions motion and did not appear in that case until after that hearing concluded.

4.     Because of other client and court commitments, counsel for Appellant requests additional time to file Appellant's brief.  Those commitments include numerous briefs for dispositive motions.  Also, counsel for Appellant is preparing for a trial in Oakland County Circuit Court which was scheduled to begin in late January but was rescheduled due to COVID-19 to March 4, 2022.  The rescheduling of that trial has complicated the work schedule of Appellant's counsel including the preparation of Appellant's brief in this matter.

5.     Appellant requests an extension of 14 days from February 7, 2022 to February 21, 2022.  Such an extension will not prejudice any of the Appellees or substantially delay the conclusion of the appeal.

6.     This is the only request by Appellant to extend the briefing schedule in this appeal.

WHEREFORE, Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Brief on Appeal as Appellant in this matter from February 7, 2022 to February 21, 2022.

                                            TIMOTHY E. GALLIGAN PLLC

                                  By:    /s/ Timothy E. Galligan
                                              Timothy E. Galligan (P51768)
                                              39 South Main St., Suite 24
                                              Clarkston, MI 48346
                                              (248) 241-6179
                                              galligan@galliganpllc.com
                                              Attorney for Emily Newman

Dated:  January 31, 2022

## Certificate of Service

     The undersigned hereby certifies that on January 31, 2022, a true and correct copy of the forgoing was filed electronically using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                /s/Timothy E. Galligan