Case No. 21-1787

United States Court of Appeals
for the Sixth Circuit

TIMOTHY KING, ET AL.

>*Plaintiffs*,

and

Emily Newman

>*Interested Party – Appellant*,

v.

GRETCHEN WHITMER, JOCELYN BENSON, CITY OF DETROIT, MI

>*Defendants – Appellees*,

**On Appeal from the United States District Court
for the Eastern District of Michigan
Case No. 2:20-cv-13134**

**Appellee City Of Detroit's Motion to Extend Time To File its Appellee's Briefs**

**FINK BRESSACK**
David H. Fink (MI – P28235)
Nathan J. Fink (MI – P75185)
*Counsel for Appellee City of Detroit*
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
nfink@finkbressack.com

1

Defendant-Appellee City of Detroit ("the City") requests a second extension of the deadline to file its Appellee's Briefs such that the due dates will be extended to May 13, 2022.[1]

1.     This appeal involves four sets of Appellants: (1) Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson and Scott Hagerstrom (collectively "the Powell Appellants") (Case No. 21-1786); (2) L. Lin Wood (Case No. 21-1785); (3) Emily Newman (Case No. 21-1787); and (4) Stefanie Lynn Junttila (Case No. 22-1010).

2.     According to the initial briefing schedule, the Powell, Wood, and Newman Appellants' Briefs were due on February 7, 2022, with the City's briefs on appeal due on March 9, 2022. (Case No. 21-1787, Dkt. 12; Case No. 21-1785, Dkt. 13; Case No. 21-1786, Dkt. 18).

3.     On January 30, 2022, Appellant Wood filed a Motion to Extend Time requesting an extension to file his Appellant's Brief by February 21, 2022. (Case No. 21-1785, Dkt. 16).

4.     This Court granted Appellant Wood's Motion to Extend and extended the time for Appellant Wood to file his brief to February 22, 2022 (the Court was

---

[1] Because the relief requested by the City in this Motion relates to multiple related matters arising out of the same District Court opinions, the City will be filing this Motion in each of the following related case numbers: Case No. 21-1785; Case No. 21-1786; and Case No. 21-1787.

closed on February 21, 2022). On February 23, 2022, Appellant Wood filed a motion requesting an extension of one additional day for his Brief (Case No. 21-1785, Dkt. 19), which the Court granted (Dkt. 20). Appellant Wood filed his Brief on Appeal that same day. (Case No. 21-1785, Dkt. 18). This Court extended the City's deadline to file its Appellee's Brief regarding Appellant Wood to March 25, 2022. *Id.*

5.      On January 31, 2022, Appellant Newman filed a Motion to Extend Time requesting an extension to file her Appellant's Brief by February 21, 2022. (Case No. 21-1787, Dkt. 15).

6.      This Court granted Appellant Newman's Motion to Extend and extended the time for Appellant Newman to file her brief to February 22, 2022 (the Court was closed on February 21, 2022). This Court extended the City's deadline to file its Appellee's Brief regarding Appellant Newman to March 24, 2022. (Case No. 21-1787, Dkt. 16). Appellant Newman filed her Brief on Appeal on February 22, 2022. (Case No. 21-1787, Dkt. 17).

7.      On February 4, 2022, this Court entered an Order reinstating Appellant Junttila's appeal (Case No. 22-1010, Dkt. 18), and issued a briefing letter setting a deadline for her Appellant's Brief of March 16, 2022, and the date for the City to file its Appellee Brief regarding Junttila of April 15, 2022. (Case No. 22-1010, Dkt. 19).

8.      The Powell Appellants filed their Appellants' Brief on February 7, 2022 (Case No. 21-1786, Dkt. 22), along with a Motion for Leave to File Oversized Opening Brief. (Case No. 21-1786, Dkt. 21).

9.      On February 8, 2022, this Court issued a Briefing Letter directing the Powell Appellants to file a corrected Brief on or before February 15, 2022. (Case No. 21-1786, Dkt. 23).

10.     On February 14, 2022, the Powell Appellants filed two separate Corrected Appellants' Briefs (Case No. 21-1786, Dkt. 24-1, 27), along with a Corrected Motion for Leave to File an Oversized Opening Brief. (Case No. 21-1786, Dkt. 25).

11.     On February 23, 2022, the City filed Motions to Extend Time to File its Appellee's Briefs in the Powell, Wood and Newman appeals. (Case No. 21-1786, Dkt. 38; Case No. 21-1785, Dkt. 21; Case No. 21-1787, Dkt. 18).

12.     This Court granted the City's Motions to Extend Time on February 24, 2022. (Case No. 21-1786, Dkt. 40; Case No. 21-1785, Dkt. 22; Case No. 21-1787, Dkt. 19).

13.     After this Court granted the City's Motions to Extend time, the City's Appellee Briefs in the Powell, Wood, Newman and Junttila appeals were all due on April 15, 2022.

14.     On March 14, 2022, Stephanie Lynn Junttila filed a Motion to Extend Time to File Principal Brief, requesting that the time to file her brief be extended until April 11, 2022. (Case No. 22-1010, Dkt. 22).

15.     This Court granted Juntilla's Motion to Extend Time on March 15, 2022, and issued a briefing letter setting a deadline for her Appellant's Brief of April 13, 2022, and the date for the City to file its Appellee Brief regarding Junttila of May 13, 2022. (Case No. 22-1010, Dkt. 23).

16.     The Appellants' Briefs in this matter are likely to raise overlapping, if not identical, issues.

17.     The City therefore requests that the Court extend the deadline for the City's Appellee's Briefs in the Powell, Wood, and Newman appeals to May 13, 2022, the current deadline for the City's Brief in the Junttila appeal.

18.     The proposed extension will not prejudice any of the Appellants, nor will it delay the conclusion of the appeal.

19.     This is the City's second request to extend the briefing schedule in this appeal.

WHEREFORE, Defendant-Appellee City of Detroit respectfully requests an extension of the deadline to file its Appellee's Briefs in Case No. 21-1785, Case No. 21-1786, and Case No. 21-1787 to May 13, 2022.

Respectfully submitted,

March 18, 2022                           **FINK BRESSACK**

By:     <u>/s/ David H. Fink</u>
David H. Fink (P28235)
Nathan J. Fink (P75185)
*Counsel for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

6

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

**FINK BRESSACK**

By:    */s/* Nathan J. Fink
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel.: (248) 971-2500
nfink@finkbressack.com