Case No. 21-1787

United States Court of Appeals
for the Sixth Circuit

TIMOTHY KING, ET AL.

    *Plaintiffs*,

and

EMILY NEWMAN

    *Interested Party – Appellant*,

v.

GRETCHEN WHITMER, JOCELYN BENSON, CITY OF DETROIT, MI

    *Defendants – Appellees*,

**On Appeal from the United States District Court
for the Eastern District of Michigan
Case No. 2:20-cv-13134**

**Appellee City Of Detroit's Fourth Motion to Extend Time To File its Appellee's Briefs**

**FINK BRESSACK**
David H. Fink (MI – P28235)
Nathan J. Fink (MI – P75185)
*Counsel for Appellee City of Detroit*
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
nfink@finkbressack.com

Defendant-Appellee City of Detroit ("the City") requests a fourth extension of the deadline to file its Appellee's Briefs such that the due dates will be extended to June 10, 2022.[1]

1. This appeal involves four sets of Appellants: (1) Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson and Scott Hagerstrom (collectively "the Powell Appellants") (Case No. 21-1786); (2) L. Lin Wood (Case No. 21-1785); (3) Emily Newman (Case No. 21-1787); and (4) Stefanie Lynn Junttila (Case No. 22-1010).

2. According to the initial briefing schedule, the Powell, Wood, and Newman Appellants' Briefs were due on February 7, 2022, with the City's briefs on appeal due on March 9, 2022. (Case No. 21-1787, Dkt. 12; Case No. 21-1785, Dkt. 13; Case No. 21-1786, Dkt. 18).

3. On January 30, 2022, Appellant Wood filed a Motion to Extend Time requesting an extension to file his Appellant's Brief by February 21, 2022. (Case No. 21-1785, Dkt. 16).

4. This Court granted Appellant Wood's Motion to Extend and extended the time for Appellant Wood to file his brief to February 22, 2022 (the Court was

---

[1] Because the relief requested by the City in this Motion relates to multiple related matters arising out of the same District Court opinions, the City will be filing this Motion in each of the following related case numbers: Case No. 21-1785; Case No. 21-1786, Case No. 21-1787 and Case No. 22-1010.

2

closed on February 21, 2022). On February 23, 2022, Appellant Wood filed a motion requesting an extension of one additional day for his Brief (Case No. 21-1785, Dkt. 19), which the Court granted (Dkt. 20). Appellant Wood filed his Brief on Appeal that same day. (Case No. 21-1785, Dkt. 18). This Court extended the City's deadline to file its Appellee's Brief regarding Appellant Wood to March 25, 2022. *Id*.

5.    On January 31, 2022, Appellant Newman filed a Motion to Extend Time requesting an extension to file her Appellant's Brief by February 21, 2022. (Case No. 21-1787, Dkt. 15).

6.    This Court granted Appellant Newman's Motion to Extend and extended the time for Appellant Newman to file her brief to February 22, 2022 (the Court was closed on February 21, 2022). This Court extended the City's deadline to file its Appellee's Brief regarding Appellant Newman to March 24, 2022. (Case No. 21-1787, Dkt. 16). Appellant Newman filed her Brief on Appeal on February 22, 2022. (Case No. 21-1787, Dkt. 17).

7.    On February 4, 2022, this Court entered an Order reinstating Appellant Junttila's appeal (Case No. 22-1010, Dkt. 18), and issued a briefing letter setting a deadline for her Appellant's Brief of March 16, 2022, and setting a deadline for the City to file its Appellee's Brief regarding Junttila of April 15, 2022. (Case No. 22-1010, Dkt. 19).

8. The Powell Appellants filed their Appellants' Brief on February 7, 2022 (Case No. 21-1786, Dkt. 22), along with a Motion for Leave to File Oversized Opening Brief. (Case No. 21-1786, Dkt. 21).

9. On February 8, 2022, this Court issued a Briefing Letter directing the Powell Appellants to file a corrected Brief on or before February 15, 2022. (Case No. 21-1786, Dkt. 23).

10. On February 14, 2022, the Powell Appellants filed two separate Corrected Appellants' Briefs (Case No. 21-1786, Dkt. 24-1, 27), along with a Corrected Motion for Leave to File an Oversized Opening Brief. (Case No. 21-1786, Dkt. 25).

11. On February 23, 2022, the City filed Motions to Extend Time to File its Appellee's Briefs in the Powell, Wood and Newman appeals. (Case No. 21-1786, Dkt. 38; Case No. 21-1785, Dkt. 21; Case No. 21-1787, Dkt. 18).

12. This Court granted the City's Motions to Extend Time on February 24, 2022. (Case No. 21-1786, Dkt. 40; Case No. 21-1785, Dkt. 22; Case No. 21-1787, Dkt. 19).

13. After this Court granted the City's Motions to Extend time, the City's Appellee's Briefs in the Powell, Wood, Newman and Junttila appeals were all due on April 15, 2022.

14. On March 14, 2022, Stephanie Lynn Junttila filed a Motion to Extend Time to File Principal Brief, requesting that the time to file her brief be extended until April 11, 2022. (Case No. 22-1010, Dkt. 22).

15. This Court granted Junttila's Motion to Extend Time on March 15, 2022, and issued a briefing letter setting a deadline for her Appellant's Brief of April 13, 2022, and the date for the City to file its Appellee's Brief regarding Junttila of May 13, 2022. (Case No. 22-1010, Dkt. 23).

16. On March 18, 2022, the City filed Motions to Extend Time to File its Appellee's Briefs in the Powell, Wood and Newman appeals. (Case No. 21-1786, Dkt. 42; Case No. 21-1785, Dkt. 23; Case No. 21-1787, Dkt. 20).

17. This Court granted the City's Motions to Extend Time on March 21, 2022. (Case No. 21-1786, Dkt. 43; Case No. 21-1785, Dkt. 24; Case No. 21-1787, Dkt. 21).

18. After this Court granted the City's Motions to Extend time, the City's Appellee's Briefs in the Powell, Wood, Newman and Junttila appeals were all due on May 13, 2022.

19. On April 12, 2022, Stephanie Lynn Junttila filed a Second Motion to Extend Time to File Principal Brief, requesting that the time to file her brief be extended until April 27, 2022. (Case No. 22-1010, Dkt. 24).

20. This Court granted Junttila's Second Motion to Extend Time on April 13, 2022, and issued a briefing letter setting a deadline for her Appellant's Brief of April 27, 2022, and the date for the City to file its Appellee's Brief regarding Junttila of May 27, 2022. (Case No. 22-1010, Dkt. 25).

21. On April 21, 2022, the City filed Motions to Extend Time to File its Appellee's Briefs in the Powell, Wood and Newman appeals. (Case No. 21-1786, Dkt. 44; Case No. 21-1785, Dkt. 25; Case No. 21-1787, Dkt. 22).

22. This Court granted the City's Motions to Extend Time on April 22, 2022. (Case No. 21-1786, Dkt. 45; Case No. 21-1785, Dkt. 26; Case No. 21-1787, Dkt. 22).

23. After this Court granted the City's Motions to Extend time, the City's Appellee's Briefs in the Powell, Wood, Newman and Junttila appeals were all due on May 27, 2022.

24. After Junttila filed her Brief on April 27, 2022, this Court struck that filing and issued a letter instructing her to file a corrected brief by May 5, 2022. (Case No. 22-1010, Dkt. 27).

25. Junttila filed her Corrected Brief on Appeal on May 5, 2022. (Case No. 22-1010, Dkt. 28).

26. As Junttila's Brief was effectively filed 8 days late, the City was left with only 22 days to prepare its Brief on Appeal regarding Junttila.

27. There has also been a recent spate of illnesses at the office of counsel for the City which have interfered with counsel's ability to prepare its Appellee's Briefs.

28. The Appellants' Briefs in this matter raise overlapping, if not identical, issues.

29. The City therefore requests that the Court extend the deadline for the City's Appellee's Briefs in the Powell, Wood, Newman and Junttila appeals to June 10, 2022.

30. The proposed extension of 14 days will not prejudice any of the Appellants, nor will it delay the conclusion of the appeal.

31. This is the City's fourth request to extend the briefing schedule in this appeal. However, it is the first extension requested by the City for reasons other than harmonizing the dates on which its Appellee's Briefs regarding the various Appellants are due.

WHEREFORE, Defendant-Appellee City of Detroit respectfully requests an extension of the deadline to file its Appellee's Briefs in Case No. 21-1785, Case No. 21-1786, Case No. 21-1787 and Case No. 22-1010 to June 10, 2022.

Respectfully submitted,

May 18, 2022

**FINK BRESSACK**

By:   /s/ David H. Fink

                                        David H. Fink (P28235)
                                        Nathan J. Fink (P75185)
                                        *Counsel for City of Detroit*
                                        38500 Woodward Ave., Ste. 350
                                        Bloomfield Hills, MI 48304
                                        Tel: (248) 971-2500
                                        dfink@finkbressack.com
                                        nfink@finkbressack.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

**FINK BRESSACK**

By: */s/* Nathan J. Fink
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel.: (248) 971-2500
nfink@finkbressack.com