UNITED STATES COURT OF APPEALS

SIXTH CIRCUIT

TIMOTHY KING, et al.

   Plaintiffs,

and

EMILY NEWMAN

   Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,

   Defendants - Appellees

Case No. 21-1787

_____

## INTERESTED PARTY-APPELLANT EMILY NEWMAN'S MOTION FOR 14 DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Reply Brief on Appeal as Appellant in this matter such that the due date that is currently in place of July 1, 2022 will be extended to July 15, 2022.

1.    Appellant timely filed her Notice of Appeal on December 6, 2021. Subsequently, she has timely satisfied all filing requirements in this Court.

2. Appellee City of Detroit filed its appeal brief on June 10, 2022. Under the briefing scheduling, Appellant's Reply Brief is due July 1. See Dkt. No. 25, p. 2.

3. Appellant requests an extension of two weeks to file her Reply Brief for the following reasons.

4. Four separate appeals arise out of the same trial court matter and rulings. In at least one of the appeals, Case No. 21-1786, the Appellees have not yet filed their Appellee Briefs. Moreover, in its Appellee Brief in this appeal, the City of Detroit incorporated by reference arguments that it will make in Case No. 21-1786. (ECF. No. 26, p. 12). However, it has not filed an appeal brief in that case yet.

5. The undersigned had a jury trial all of last week. As a result, additional time is needed to prepare a Reply Brief in this Appeal.

6. Appellant requests an extension of 14 days from July 1, 2022 to July 15, 2022. Such an extension will not prejudice any of the Appellees or substantially delay the conclusion of the appeal.

7. This is the only request by Appellant to extend the due date for her Reply Brief in this appeal.

WHEREFORE, Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Reply Brief on Appeal as Appellant in this matter from July 1, 2022 to July 15, 2022.

TIMOTHY E. GALLIGAN PLLC

By: /s/ Timothy E. Galligan
Timothy E. Galligan (P51768)
39 South Main St., Suite 24
Clarkston, MI 48346
(248) 241-6179
galligan@galliganpllc.com
Attorney for Emily Newman

Dated: June 23, 2022

## Certificate of Service

The undersigned hereby certifies that on June 23, 2022, a true and correct copy of the forgoing was filed electronically using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Timothy E. Galligan