**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 24, 2022

Mr. Timothy E. Galligan
Law Office
39 S. Main Street
Suite 24
Clarkston, MI 48346

                   Re:  Case No. 21-1787, *Timothy King v. Gretchen Whitmer, et al*
                          Originating Case No. : 2:20-cv-13134

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 15, 2022**.

                                                Sincerely yours,

                                                s/C. Anthony Milton
                                                Case Manager
                                                Direct Dial No. 513-564-7026

cc:  Mr. David H. Fink
      Mr. Nathan Joshua Fink
      Mr. Erik A. Grill
      Ms. Heather S. Meingast