UNITED STATES COURT OF APPEALS

SIXTH CIRCUIT

TIMOTHY KING, et al.

   Plaintiffs,

 and

EMILY NEWMAN

   Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,

   Defendants - Appellees

Case No. 21-1787

_____

## INTERESTED PARTY-APPELLANT EMILY NEWMAN'S MOTION FOR 14 DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Reply Brief on Appeal.

1. Appellant Newman timely filed her Notice of Appeal on December 6, 2021 and filed her Appellant's Brief on February 22, 2022.

2. Appellee City of Detroit filed its appeal brief on June 10, 2022. Under the current briefing schedule, Appellant Newman's Reply Brief is due July 15. See Dkt. No. 25, p. 2. There has only been one extension of the due date for

Appellant's Reply Brief, which was granted on June 24, 2022 and was for two weeks.

3. Appellant Newman requests an extension of an additional two weeks to file her Reply Brief for the following reasons.

4. Four separate appeals arise out of the same trial court matter and rulings. In Case No. 21-1786, the Appellees filed their Appellee Briefs on June 24, 2022. In its appeal brief filed in this case, the City of Detroit incorporated by reference arguments that it made in its brief filed in Case No. 21-1786, which was filed as recently as June 24. (ECF. No. 26, p. 12).

5. Because of other commitments, including a recently concluded jury trial, additional time is needed by counsel for Appellant Newman to prepare a Reply Brief in this Appeal.

6. Appellant Newman requests an extension of 14 days from July 15, 2022 to July 29, 2022. Such an extension will not prejudice any of the Appellees or delay the conclusion of the appeal because the Appellants in Case No. 21-1786 have until August 12, 2022 to file their Reply Brief. Also, as the result of numerous requested extensions, to which no objection was made, Appellee City of Detroit had 108 days to file its brief in this appeal after Appellant Emily Newman filed her main brief. Relative to that extended period of time, the requested extension is reasonable.

WHEREFORE, Interested Party-Appellant Emily Newman requests a fourteen (14) day extension of time to file her Reply Brief on Appeal as Appellant in this matter from July 15, 2022 to July 29, 2022.

                                             TIMOTHY E. GALLIGAN PLLC

                                       By:    /s/ Timothy E. Galligan
                                                      Timothy E. Galligan (P51768)
                                                      39 South Main St., Suite 24
                                                      Clarkston, MI 48346
                                                      (248) 241-6179
                                                      galligan@galliganpllc.com
                                                      Attorney for Emily Newman

Dated: July 12, 2022

## Certificate of Service

    The undersigned hereby certifies that on July 12, 2022, a true and correct copy of the forgoing was filed electronically using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      /s/Timothy E. Galligan