## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 13, 2022

Mr. David H. Fink

Mr. Nathan Joshua Fink

Mr. Timothy E. Galligan

Mr. Erik A. Grill

Ms. Heather S. Meingast

Re: Case No. 21-1787, *Timothy King v. Gretchen Whitmer, et al*
Originating Case No. 2:20-cv-13134

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 29, 2022**.

Sincerely yours,

s/Virginia Lee Padgett, Case Manager for
Case Manager
Direct Dial No. 513-564-7026